UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:15-cr-373-T-30AAS

PAUL HUSE

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 71), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following computer equipment:

    a.   HP MediaCenter M1000 computer tower, serial number MXK4300HPR;

    b.   eMachines computer, Model EL1352G, serial number PTNCG02002103000699600; and

    c.   Samsung SpinPoint hard drive, serial number 0279J1FR441975.

On July 1, 2016, the Court entered a Preliminary Order of Forfeiture for the computer equipment described above, pursuant to 18 U.S.C. § 2253.  Doc. 52.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the computer equipment on the official government website, www.forfeiture.gov, from July 2, 2016 through July 31, 2016.  Doc. 57.  The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd

Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 71) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the computer equipment identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 12th day of December, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record